IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OSCAR BOYD WHITE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-800-TMH |
| ) | |
| HOUSTON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On December 15, 2008, the Magistrate Judge filed a Recommendation in this case (Court Doc. No. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this 9th day of January, 2009.

    /s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE